

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00289-CR

| | | |
|---|---|---|
| The State of Texas | § | From County Criminal Court No. 4 |
| | § | of Tarrant County (1344184) |
| | § | May 21, 2015 |
| v. | § | Opinion by Justice Gabriel |
| | § | Concurrence by Justice Dauphinot |
| Scott Ellery Crawford Jr. | § | (p) |

## JUDGMENT

Acting sua sponte, we withdraw our March 19, 2015 memorandum opinion and judgment and substitute this opinion and judgment. Appellee Scott Ellery Crawford Jr.'s motion for en banc reconsideration is, therefore, rendered moot.

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order granting Scott Ellery Crawford Jr.'s motion to suppress is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellant The State of Texas shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel